Reginald L. CYRUS Petitioner,

v.

DEPARTMENT OF THE AIR
FORCE, Respondent.

No. 01–3129.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 4, 2001.

ON MOTION

ORDER

Reginald L. Cyrus moves to voluntarily dismiss his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.